Loan #
9102183570

# GENERAL DURABLE POWER OF ATTORNEY

## KNOW ALL PERSONS BY THESE PRESENTS:

That I, Andrew Sobolewski, referred to herein as Principal, residing at 101 S. River Drive, in the Borough of Folsom, County of Atlantic and State of New Jersey designate Brian Santora, a resident at 175 Seventh Street, in the Town of Hammonton, County of Atlantic and State of New Jersey, as my attorney in fact and agent (hereinafter called "Agent") in my name and for my benefit:

1.     **General Grant of Power.** To exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to any person, matter, transaction or property, real or personal, tangible or intangible, now owned or hereafter acquired by me, including, without limitation, the following specifically enumerated powers. I grant to my agent full power and authority to do everything necessary in exercising any of the powers herein granted as fully as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that my agent shall lawfully do or cause to be done by virtue of this power of attorney and the powers herein granted:

a.     **Powers of Collection and Payment.** To forgive, request, demand, sue for, recover, collect, receive, hold all such sums of money, debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interests, stock certificates, bonds, dividends, certificates of deposit, annuities, pensions, profit sharing, retirement, social security, insurance and other contractual benefits and proceeds, all documents of title, all property, real or personal intangible and tangible property and property rights, and demands whatsoever, liquidated or unliquidated, now or hereafter owned by, or due, owing, payable or belonging to, me or in which I have or may hereafter acquire an interest; to have, use, and take all lawful means and equitable and legal remedies and proceedings in my name for the collection and recovery thereof, and to adjust, sell, compromise and agree for the same, and to execute and deliver for me, on my behalf, and in my name, all endorsements, releases, receipts, or other sufficient discharges for the same;

b.     **Power to Acquire and Sell.** To acquire, purchase, exchange, grant options to sell, and sell and convey real or personal property, tangible or intangible, or interests therein, on such terms and conditions as my agent shall deem proper;

c.     **Management Powers.** To maintain, repair, improve, invest, manage, insure, rent, lease, encumber, and in any manner deal with any real or personal property, tangible or intangible, or any interest therein, that I now own or may hereafter acquire, in my name and for my benefit, upon such terms and conditions as my agent shall deem proper;

1

_____ _9 - 13_____, 2024

Loan
#9102183570

**Power of Attorney**
**Andrew Sobolewski to Brian Santora**
**Page 2**

**d.** __Banking Powers.__ To make, receive and endorse checks and drafts, deposit and withdraw funds, acquire and redeem certificates of deposit, in banks, savings and loan associations and other institutions, execute or release such deeds of trust or other security agreements as may be necessary or proper in the exercise of the rights and powers herein granted, and to conduct banking transactions as set forth in section 2 of P.L. 1991, c. 95 (C. 46:2B-11);

**e.** __Power to Borrow and Give Security.__ To borrow from time to time such sums of money upon such terms as my agent shall deem appropriate for, or in relation to, any of the purposes or objects described herein, upon the security of any of my property whether real or personal, or otherwise, and for such purposes to give, execute, deliver and acknowledge mortgages with such powers and provisions as my agent may think proper, and also such notes or bonds as may be necessary or proper in connection therewith;

**f.** __Motor Vehicles.__ To apply for a Certificate of Title upon, and endorse and transfer title thereto, for any automobile, truck, pickup, van, motorcycle or other motor vehicle, and to represent in such transfer assignment that the title to said motor vehicle is free and clear of all liens and encumbrances except those specifically set forth in such transfer assignment;

**g.** __Business Interests.__ To conduct or participate in any lawful business of whatever nature for me and in my name; execute partnership agreements and amendments thereto; incorporate, reorganize, merge, consolidate, recapitalize, sell, liquidate or dissolve any business, elect or employ officers, directors and agents; carry out the provisions of any agreement for the sale of any business interest or the stock therein; and exercise voting rights with respect to stock, either in person or by proxy, and exercise stock options;

**h.** __Tax Powers.__ To prepare, sign and file joint or separate income tax returns or declarations of estimated tax for any year or years; to prepare, sign and file gift tax returns with respect to gifts made by me for any year or years; to consent to any gifts and to utilize any gift-splitting provision or other tax election; and to prepare, sign and file any claims for refund of any tax;

**i.** __Safe Deposit Boxes.__ To have access at any time or times to any safe deposit box rented by me, wheresoever located, and to remove all or any part of the contents thereof, and to surrender or relinquish said safe deposit box, and any institution in

2

From Joseph A Lombardo Esquire 1.877.340.0609 Wed Sep 11 07:01:29 2024 MDT Page 5 of 6

_9/13_ , 2024

**Power of Attorney**
**Andrew Sobolewski to Brian Santora**
**Page 3**

Loan #
9102183570

which any such safe deposit box may be located shall not incur any liability to me or my estate as a result of permitting my agent to exercise this power.

2.   **Interpretation and Governing Law.** This instrument is to be construed and interpreted as a general durable power of attorney. The enumeration of specific powers herein is not intended to, nor does it, limit or restrict the general powers herein granted to my agent. This instrument is executed and delivered in the State of New Jersey, and the laws of the State of New Jersey shall govern all questions as to the validity of this power and the construction of its provisions.

3.   **Third-Party Reliance.** Third parties may rely upon the representations of my agent as to all matters relating to any power granted to my agent, and no person who may act in reliance upon the representations of my agent or the authority granted to my agent shall incur any liability to me or my estate as a result of permitting my agent to exercise any power. Any third party may rely on a duly executed counterpart of this instrument, or a copy certified by my agent to be a true copy of the original hereof, as fully and completely as if such third party had received the original of this instrument.

4.   **Disability of Principal.** N.J.S.A. 46:2B-8 authorizes me to provide that this power of attorney shall not be affected by my disability as principal and I do hereby so provide, it being my intention that all powers conferred upon my attorney in fact herein or any substitute designated by me shall remain at all times in full force and effect, notwithstanding my incapacity, disability, death or any uncertainty with regard thereto.

5.   **Special Provisions.** In addition to and not by way of limitation upon any other powers conferred upon my agent herein.

a.   **Trusts.** My agent may convey or assign any cash or other property of which I shall be possessed to the trustee or trustees of any trust which I may have created during my lifetime, provided that such trust is subject to my power of revocation, which power shall be exercisable hereunder by my agent.

3

_9/13_____, 2024

**Power of Attorney**
**Andrew Sobolewski to Brian Santora**
**Page 4**

Loan #
9102183570

b.    **Identification of Assets.** For purposes of specific identification and not in limitation of the powers conferred hereunder, a Rider may be annexed hereto and initialed by me identifying specific items which shall be subject to the powers conferred upon my agent herein.

c.    **Additional Powers.** A Rider annexed hereto and initialed by me may include specific additional powers or limitations on any powers contained herein and shall be deemed to be incorporated herein by reference. Notwithstanding any limitations upon the powers contained herein by such Rider, any person or entity relying upon this instrument shall be protected in so doing whether or not such person or entity has actual notice of any such limitations.

**IN WITNESS WHEREOF,** I, Andrew Sobolewski, have hereunto set my hand and seal this _13_ day of _Sept_ 2024.

_____ L.S.

In the presence of:

_____
Witness

**STATE OF NEW JERSEY**      :
                             : SS
**COUNTY OF ATLANTIC**       :

On this _13th_ day of _Sept_____, 2024, sworn before me personally came Andrew Sobolewski, to me known to be the individual described in and who executed the foregoing instrument, and who acknowledged to me that the execution thereof by such individual was done voluntarily for the purposes therein expressed.

_____

ELIZABETH T TARABA
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 01, 2028

4