Certificate Number: 06531-NJ-DE-040017468

Bankruptcy Case Number: 25-18453



06531-NJ-DE-040017468

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2025, at 2:21 o'clock PM CDT, Andrew S Sobolewski completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 25, 2025        By:    /s/Sharon Schroeder

                               Name:  Sharon Schroeder

                               Title: Certified Credit Counselor