Eric J Clayman, Esquire
Clayman Law
1814 East Route 70 Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor



**Order Filed on October 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States of Bankruptcy Court
District of New Jersey

_____

In Re: Sobolewski, Andrew S

    Chapter 13
    Case Number: 25-18453 (ABA)
    Hearing Date: 10/7/2025
    Judge: Andrew B. Altenburg Jr.

_____

## **ORDER TO PROSECUTE CASE AND TO CONDUCT §341(a) MEETING BY POWER OF ATTORNEY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 7, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been opened to the Court upon MOTION filed by Clayman Law, LLC on behalf of the Debtor and for good cause having been shown, it is hereby ORDERED AND ADJUDGED:

1. Brian W. Santora, Attorney in Fact for Debtor, may prosecute the within Chapter 13 Case in his capacity as Power of Attorney and in accordance with the Power of Attorney executed on September 13, 2024.

2. Brian W. Santora, Attorney in Fact for Debtor may testify at the §341(a) Hearing for the Debtor.

3. Service of this Order shall be made upon Debtor and the Chapter 13 trustee and any party who participates in the ruling and/ or hearing conducted in this matter within 3 days. A certification of service shall be filed by Debtor's counsel.