Eric J Clayman, Esquire
Clayman Law
1814 East Route 70 Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

**Order Filed on October 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States of Bankruptcy Court
District of New Jersey

_____

In Re: Sobolewski, Andrew S

Chapter 13
Case Number: 25-18453 (ABA)
Hearing Date: 10/7/2025
Judge: Andrew B. Altenburg Jr.

_____

### ORDER TO PROSECUTE CASE AND TO CONDUCT §341(a) MEETING BY POWER OF ATTORNEY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 7, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been opened to the Court upon MOTION filed by Clayman Law, LLC on behalf of the Debtor and for good cause having been shown, it is hereby ORDERED AND ADJUDGED:

1. Brian W. Santora, Attorney in Fact for Debtor, may prosecute the within Chapter 13 Case in his capacity as Power of Attorney and in accordance with the Power of Attorney executed on September 13, 2024.

2. Brian W. Santora, Attorney in Fact for Debtor may testify at the §341(a) Hearing for the Debtor.

3. Service of this Order shall be made upon Debtor and the Chapter 13 trustee and any party who participates in the ruling and/ or hearing conducted in this matter within 3 days. A certification of service shall be filed by Debtor's counsel.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-18453-ABA |
| Andrew S Sobolewski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 07, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew S Sobolewski, 101 S. River Drive, Williamstown, NJ 08094-2541 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 09, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Andrew S Sobolewski Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5