Eric J Clayman, Esquire
Clayman Law
1814 East Route 70 Suite 350
Cherry Hill, NJ, 08003
856-777-5877
Eric@Clayman-Law.com
Attorney for Debtor

United States of Bankruptcy Court
District of New Jersey

_____i

In Re:

ANDREW S SOBOLEWSKI                                                                    Chapter 13
                                                                              Case Number: 25-18453
                                                                              Hearing Date: 11/26/2025
                                                                              Judge: JUDGE ALTENBURG

_____

### CERTIFICATION BY DEBTOR'S COUNSEL REQUESTING PAYMENT OF FEES FROM FUNDS ON HAND

I, Eric J. Clayman, by way of certification hereby states:

1. I am an attorney at law, and I represent the debtor in this Chapter 13 bankruptcy case.

2. On AUGUST 12, 2025 debtor filed this Chapter 13 petition.

3. The Chapter 13 Plan calls for me to be paid my unpaid attorney fee and the amount of the unpaid fee is $3,750.

4. On November 26, 2025 this Chapter 13 case was noted as Dismissed on the minutes. The Order of Dismissal was entered December 2, 2025.

5. The trustee is holding funds to partially satisfy the $3,750 owed to my office. I respectfully request that my fees be partially satisfied by receiving these funds on hand.

6. I respectfully submit this certification as I request the trustee pay to me the funds held on hand.

I certify the foregoing statements made by me are true. I am aware that if the statements made are willfully false, I am subject to punishment.

Dated: 12/02/2025                                              /s/ Eric J Clayman