Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−18453−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew S Sobolewski
   101 S. River Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−5412

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/1/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 2, 2025
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 25-18453-ABA
Andrew S Sobolewski    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Dec 02, 2025    Form ID: 148    Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew S Sobolewski, 101 S. River Drive, Williamstown, NJ 08094-2541 |
| poa | | Brian Santora, 3019 S. First Road, Hammonton, NJ 08037 |
| 520814826 | | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd., Tucson, AZ 85712 |
| 520776544 | | Borough of Folsom, 1700 Rt 54, Hammonton, NJ 08037 |
| 520776545 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 02 2025 22:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 02 2025 22:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520847656 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 02 2025 22:32:44 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520802515 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 02 2025 22:30:00 | Atlantic City Electric, 5 Collins Dr Stop 84cp42, Suite 2133, Penns Grove, NJ 08069-3600 |
| 520814615 | | EDI: JEFFERSONCAP.COM | Dec 03 2025 02:56:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520814139 | | EDI: JEFFERSONCAP.COM | Dec 03 2025 02:56:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520801745 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 02 2025 22:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520834541 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 02 2025 22:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520776546 | + | Email/Text: BKMAIL@planethomelending.com | Dec 02 2025 22:29:00 | Planet Home Lending, 321 Research Parkway 303, Meriden, CT 06450-8342 |
| 520853443 | + | Email/Text: BKMAIL@planethomelending.com | Dec 02 2025 22:29:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520776547 | + | Email/Text: RASEBN@raslg.com | Dec 02 2025 22:28:00 | Robertson, Anschutz, Schneid, Crane & Partners, PL, 130 Clinton Rd Suite 202, Fairfield, NJ 07004-2927 |
| 520802514 | | Email/Text: bankruptcydepartment@tsico.com | Dec 02 2025 22:31:00 | Transworld Systems Inc., fbo JPMORGAN cHASE BANK, PO Box 15130, Wilmington, DE 19850-5130 |
| 520782377 | + | Email/Text: bankruptcy@bbandt.com | Dec 02 2025 22:30:00 | Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |

| | | | | |
|---|---|---|---|---|
| 520812268 | + | Email/Text: RASEBN@raslg.com | Dec 02 2025 22:28:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520843303 | + | EDI: AIS.COM | Dec 03 2025 02:56:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Andrew S Sobolewski Eric@Clayman-Law.com CLAYMANLAWLLC@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5